Berkowitz Pollack Brant Advisors +CPAs

**IN UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 22-CV-22891-KMM**

SANDRA SAFONT f/k/a
SANDRA S. MARIN, THOMAS
BARBATO and YVONNE BARBATO,
individually and on
behalf of all others similarly situated,

Plaintiffs, **CLASS ACTION**

v.

STATE FARM FLORIDA INSURANCE COMPANY,

Defendant.

_________________________________/

**AMENDED EXPERT REPORT OF DANIEL S. HUGHES, CPA/ CFF/CGMA, CVA**

**Prepared By:**
**Daniel S. Hughes, CPA, CFF, CGMA, CVA**
**Berkowitz Pollack Brant Advisors + CPAs**
**December 19, 2025**

# Table of Contents

Background ........ 2
Assignment ........ 4
Information Considered ........ 5
Expert's Qualifications ........ 6
Summary of Opinions ........ 7
Basis for Opinions ........ 7
Submission of Expert Report ........ 11

# I. Introduction

1. I am amending my original expert report that I issued on October 28, 2025. This amended expert report is being submitted to address and correct a computational error identified following the issuance of my original report. Specifically, an additional day was inadvertently included in the calculation of interest due to the Barbatos on the original award amount. After eliminating the extra interest day, the total interest recovery for the Barbatos' decreased by $18.01 (i.e., the interest recovery on the original award amount decreased by $14.61 and the interest-on-interest amount decreased by $3.40). The revised total interest recovery for the Barbatos, after elimination of the extra interest day, was determined to be $38,097.43 as of the date of my original expert report, October 28, 2025. All analyses and tables within this Amended Expert Report now reflect the corrected computation. Additionally, I am amending my report at Plaintiffs' counsel's request to specify that payment is deemed to be made by State Farm on the date it was sent.

# II. Background[1]

2. This matter is a potential class action filed by Thomas and Yvonne Barbato, residents of Miami-Dade County, Florida (herein the Barbatos represent the "Plaintiffs"), against State Farm Florida Insurance Company ("State Farm" or "Defendant") seeking damages, including unpaid interest and attorneys' fees and costs.[2] The Third Amended Complaint, the operative complaint in this matter (the "TAC"), was filed on May 28, 2025. As of the date of this report, the class has not been certified.

3. The Plaintiffs, on behalf of themselves and all others similarly situated, allege that State Farm breached its standardized homeowners' insurance policy (the "Policy") by failing to pay interest on claims that were not paid within the time frames required by both the Policy and Florida law.[3]

4. The Plaintiffs allege that the Policy in question contains a "Loss Payment" provision, which mandates that if State Farm does not pay or deny a claim within 90 days of receiving notice, it must pay interest in accordance with Section 627.70131(5) of the Florida Insurance Code.[4] The relevant policy language is shown below.

> ***Item 8. - Loss Payment.*** *We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable:*

---

[1] The Background section provides our general understanding of background information based upon the pleadings together with additional documents referenced in this report. The Background section is not intended to represent any expert opinions.

[2] TAC pars. 1-4, 38.

[3] TAC par. 1.

[4] TAC par. 10.

> *a. 20 days after we receive your proof of loss and reach agreement with you; or*
>
> *b. 60 days after we receive your proof of loss and:*
> *(1) there is an entry of a final judgment; or*
> *(2) there is a filing of an appraisal award with us.*
>
> ***If we do not pay or deny a loss within 90 days after we receive notice of*** *an initial, reopened, or supplemental property insurance* ***claim*** *from you and no factors beyond our control would reasonably prevent us from making payment,* ***interest will be paid in accordance with Section 627.70131(5) of the Florida Insurance Code.***[5]

5. Plaintiffs further allege Section 627.70131(5)(a), Fla. Stat. (2017), referenced and incorporated into the State Farm Policy, provides that interest must be included with payments not made within 90 days of notice of loss. It further provides that if factors beyond an insurer's control reasonably prevent payment from being made within 90 days, then payment must be made within 15 days of those factors ceasing to exist. An insurer's failure to make payment within 15 days also requires the insurer to pay interest:

> *Within 90 days after an insurer receives notice of an initial, reopened or supplemental property insurance claim from a policyholder, the insurer shall pay or deny such claim or a portion of the claim unless the failure to pay is caused by factors beyond the control of the insurer which reasonably prevent such payment. . .* ***Any payment of*** *an initial or supplemental* ***claim or portion of such claim made 90 days after the insurer receives notice of the claim, or made more than 15 days after there are no longer factors beyond the control of the insurer which reasonably prevented such payment****, whichever is later,* ***bears interest at the rate set forth in s. 55.03. Interest begins to accrue from the date the insurer receives notice of the claim****. . . The provisions of this subsection may not be waived, voided, or nullified by the terms of the insurance policy. Fla. Stat. § 627.70131(5)(a) (2017).*[6]

6. The relevant facts with respect to the Barbatos' homeowner's insurance claim are as follows:

7. On May 31, 2018, the Barbatos' home was damaged due to a failed sanitary plumbing system under their floor. The Barbatos subsequently notified State Farm of their claim.[7]

8. While State Farm acknowledged the loss, the parties could not agree on the value, and the dispute was submitted to an appraisal as provided by the Policy. On September 1, 2022, the appraisal panel issued an award for the replacement cost of $136,945.38, which was later reduced to $125,456.02 after deductibles and other adjustments.[8]

---

[5] State Farm Policy Sec. 1, Loss Settlement, Item 8 and FE-3440 Homeowners Policy Endorsement, Additions to Loss Payment Item 8.
[6] TAC par. 11.
[7] TAC par. 12.
[8] TAC pars. 15-16.

9. State Farm, however, failed to pay the award within the required 15-day period, instead mailing payment on October 20, 2022, and did not include any interest on the claim. The Plaintiffs assert that under both the Policy and Florida law, State Farm was required to pay interest from the date it received notice of the claim, and its failure to do so constitutes a breach of contract.[9]

10. Plaintiffs bring this action individually and on behalf of others similarly situated as members of a proposed class of:

> All persons insured by a residential property insurance policy issued by State Farm Florida Insurance Company with an effective date before March 1, 2023, including such persons who are not residents of Florida, who, on or after September 9, 2017, (1) gave notice of a claim for loss insured under the policy; (2) had the amount of loss payable on the claim determined by an appraisal award ("Award"); (3) received payment on the Award from State Farm without a legal challenge made to the Award; and (4) were paid more than 15 days after the amount of the loss was determined by the Award, but were not paid interest (hereinafter a "Class Member" and collectively the "Class Members").[10]

## III. Assignment

11. Berkowitz Pollack Brant, Advisors and Certified Public Accountants, LLP ("BPB") was retained by the law firms of Levine Kellogg Lehman Schneider & Grossman, LLP and Rodriquez Tramont & Nunez, P.A. (collectively "Counsel"), on behalf of the Plaintiffs, in connection with its representation of the Plaintiffs and other Putative Class Members in this matter. I, Daniel S. Hughes, have directed this engagement, and I am being offered as an expert witness in this matter.

12. Counsel requested that I determine and render an opinion on the amount of interest owed on the original award amount to the Barbatos, along with the interest owed on that interest, in accordance with Florida Statutes 627.70131(5) and 55.03. Counsel also requested that I describe the methodology employed to calculate such interest, which is the methodology that can be applied to each Putative Class Member upon class certification.

13. I understand, however, that as of the date of this report, the class has not yet been certified. Accordingly, this report is limited to the amount of interest owed to the Barbatos based on the specific facts and circumstances regarding their claim.

14. A list of the documents I have reviewed or considered in arriving at the opinions herein are shown in the following section of this report. BPB's schedules and corresponding analyses are shown throughout this report and/or in the attached exhibits.

[9] TAC pars. 16 – 18. Plaintiffs allege on the date the Appraisal Awards were issued, there were no longer factors beyond State Farm's control that reasonably prevented it from making the claim payments owed to Plaintiffs (TAC par. 35).

[10] TAC par. 19. Plaintiffs' counsel has advised that Plaintiffs may amend the Class Definition's fourth prong to state: "and (4) were sent payment more than 15 days after…". This change, if made, would not affect the calculation of the Barbatos' damages described below.

15. The American Institute of Certified Public Accountants ("AICPA") publishes professional standards applicable to my work on this engagement. In general, those standards require CPAs engaged in forensic services to: (i) maintain integrity and objectivity; (ii) only undertake engagements that are expected to be completed with professional competence; (iii) exercise due professional care in performing the services; (iv) adequately plan and supervise the performance of the services; and (v) obtain sufficient relevant data to provide a reasonable basis for the conclusions.[11] I have complied with these professional standards in this engagement.

16. My analysis was based on the information produced in this case and provided to me. My work in this matter is ongoing, as is discovery. To the extent that additional information becomes available, I reserve the right to update this report and the expert opinions herein, and, if necessary, present a rebuttal opinion to any expert opinion offered by the Defendants.

17. In connection with providing testimony, if any, at deposition or trial, the materials referenced in this report along with the exhibits may be relied upon and additional. demonstrative exhibits may be prepared.

18. No statements in this report are intended to offer any legal opinions or conclusions.

## IV. Information Considered

19. The materials considered in arriving at our opinions are listed below:

- Third Amended Complaint and Demand for Jury Trail filed May 28, 2025.
- Defendant's Answer and Affirmative Defenses to Third Amended Complaint filed June 17, 2025.
- Joint Motion for Entry of Stipulated Protective Order filed July 23, 2025.
- Defendant's Supplemental Response to Plaintiff's First Set of Interrogatories, dated September 8, 2025.
- State Farm Notice of Loss dated June 7, 2018 (SF000145 – 146).
- State Farm Document – Notice of Claim (BART00000205PROD - 214PROD).
- Appraisal of Insurance Claim – Award Form (BARBATO_000081 - 110).
- Award Payment Voided Check Image (BARBATO_000001).
- Letter from Methe & Rothell, PA to Knecht Law Group including Summary of Loss dated October 20, 2025 (BARBATO_000126 – 129).
- Florida Statute 627.70131 (FS Section 627.70131 eff. May 2011 to Dec 2021.pdf).
- Florida Statute 55-03 (Fla Stat 55-03.pdf) and applicable interest rates (https://myfloridacfo.com/division/aa/audits-reports/judgment-interest-rates).

[11] Statement on Standards for Forensic Services No. 1, The American Institute of Certified Public Accountants, https://www.aicpa-cima.com/resources/download/statement-on-standards-for-forensic-services.

## V. Expert's Qualifications

20. Daniel S. Hughes is a Director of Forensic, Valuation and Advisory Services at BPB. BPB was established in 1980 and today has more than 500 firm members with offices in Miami, Fort Lauderdale, Boca Raton, West Palm Beach, and New York City. Hughes focuses his practice on Forensic and Valuation Services and has 30+ years of experience with regional and international accounting and consulting firms. His practice areas include forensic accounting investigations, economic damage analyses in commercial litigation and arbitration matters, securities litigation, matters involving indicia of fraud or indicia of alter ego, business valuation services, complex business interruption insurance claims, bankruptcy / receivership services, transaction advisory services, and other financial consulting and advisory services. He has extensive experience performing forensic accounting investigations and quantifying economic damages in commercial disputes. He has conducted investigations and worked on behalf of or in conjunction with the Board of Directors, Special Committees designated by the Board of Directors, Special Counsel to the Board of Directors, Audit Committees, the DOJ, the SEC, the FTC, the OCC, the Florida Department of Financial Services, and C-Suite Corporate Executives. This work was done for all types and sizes of entities, including public (SEC registrants), private, municipal, and non-for-profits.

21. Hughes is a Certified Public Accountant in the State of Florida, Certified in Financial Forensics and a Chartered Global Management Accountant as designated by the AICPA. He is a Certified Valuation Analyst as designated by the National Association of Certified Valuators and Analysts (NACVA). He has completed the Certified Merger & Acquisition Advisor course as designated by the Alliance of Merger & Acquisitions Advisors (AM&AA). He is a member of the American Institute of Certified Public Accountants, the Florida Institute of Certified Public Accountants, the Association of Certified Fraud Examiners, the National Association of Certified Valuators and Analysts, the Alliance of Merger & Acquisitions Advisors, and the Association for Corporate Growth. A copy of Hughes' Curriculum Vitae, list of publications and articles authored, and testimony experience is included in **Appendix A**, attached.

22. BPB is being compensated based upon the services rendered and the level of skill and responsibility required for the services at the firm's standard hourly rates plus at cost administrative and out-of-pocket expenses incurred with this matter. Hughes' current billing rate is $565 per hour, and other associates of BPB, who worked under his direction and supervision, are billed at $185 to $510 per hour.

23. Neither my compensation nor the professional fees paid to BPB are in any way contingent on the outcome of these proceedings.

# VI. Summary of Opinions

24. Based on my work and analysis to date, along with that of my staff working under my direction and supervision, I have arrived at the following opinions:

a. There is a methodology for determining a total interest recovery for the Barbatos and Putative Class Members, and that methodology is described in Section VI.A.

b. The interest recovery on the original award payment of $125,456.02 made to the Barbatos is **$30,899.34.**

c. The interest recovery on the unpaid $30.899.34 of interest mentioned in (b) above (i.e., the interest-on-interest amount) is **$7,198.09.**[12]

d. Therefore, the total interest recovery, as of the date of this report, is **$38,097.43** (i.e., the sum of the interest amounts shown in (b) and (c) above).

# VII. Basis for Opinions

## A. The Interest Recovery Methodology

25. The interest recovery for this matter will be computed on an individual Putative Class Member basis subject to the Putative Class Member meeting the following criteria:

> All persons insured by a residential property insurance policy issued by State Farm Florida Insurance Company with an effective date before March 1, 2023, including such persons who are not residents of Florida, who, on or after September 9, 2017, (1) gave notice of a claim for loss insured under the policy; (2) had the amount of loss payable on the claim determined by an appraisal award ("Award"); (3) received payment on the Award from State Farm without a legal challenge made to the Award; and (4) were paid more than 15 days after the amount of the loss was determined by the Award, but were not paid interest.[13]

26. In performing the forensic analysis of the documentation produced in this matter, I developed a methodology to determine the interest recovery. The determination of the interest recovery is pursuant to interest calculations, described below, which are in accordance with Florida Statues Sections 627.70131 and 55.03.

[12] The interest was calculated through the date of this report, October 28, 2025.

[13] Plaintiffs' counsel has advised that Plaintiffs may amend the Class Definition's fourth prong to state: "and (4) were sent payment more than 15 days after…". This change, if made, would not affect the calculation of the Barbatos' damages described below.

27. The first interest recovery calculation represents the unpaid interest on the adjusted Award amount (hereinafter the "Adjusted Award Amount"), and it covers the interest period from the date a notice of claim was received under the policy up to the date the Adjusted Award Amount was paid.[14] The formula is as follows:

    **Calculation No. 1: (Adjusted Award Amount $) X (Interest Days for the Interest Period) X (Daily Interest Rate s. 55.03) = Interest on Adjusted Award Amount $**

28. The second interest recovery calculation represents the "Interest-on-Interest" amount, and it covers the interest period from the date the Adjusted Award Amount was paid through the date of my original expert report, October 28, 2025.[15] The formula is as follows:

    **Calculation No. 2: (Interest on Adjusted Award Amount $) X (Interest Days for the Interest Period) X (Daily Interest Rate s. 55.03) = Interest-on-Interest Amount $**

29. The final calculation, which represents the total interest recovery, equals the summation of the previously two calculated interest amounts, shown as follows:

    **Calculation No. 3: (Interest on Adjusted Award Amount $) + (Interest-on-Interest Amount $) = Total Interest Recovery Amount $**

30. The following are the forensic procedures to determine the variables shown in the previous calculations.

    a. From the information to be provided by State Farm, identify the date a notice of claim was received under the policy (i.e., the notice of claim date).

    b. From the information to be provided by State Farm, identify the date of the Award and the Award amount pursuant to the appraisal (the Award amount will be the actual cash value (ACV) amount, which represents the replacement cost value less the recoverable depreciation).

    c. From the information to be provided by State Farm, identify the adjusted Award amount (typically arrived at by State Farm subtracting the policy deductible, prior payments, and other amounts this will be the Adjusted Award Amount) that was paid by State Farm.

    d. From the information to be provided by State Farm, identify the date the Adjusted Award Amount was paid (i.e., the date shown on the transmittal letter mailed by State Farm or its attorneys, or, in the absence of a transmittal letter, the date shown on the Adjusted Award Amount check).

[14] The term "was paid" means the date State Farm mailed or otherwise sent payment. See par. 8 above.
[15] See id.

e. Determine the number of days between the notice of claim date and the date the Award was paid.[16]

f. Determine the number of days between the date of the Award and the date the Award was paid.[17]

g. Determine the applicable interest rates pursuant to **s. 55.03**.

h. Perform and document Calculations 1, 2, and 3 as previously described.

31. We employed this methodology in our determination of the total interest recovery amount for the Barbatos. We will supplement our analysis by calculating recoveries for the Putative Class Members following class certification and production of the relevant information in a form that allows us to identify the necessary information to determine the interest recoveries. Depending on the definition of the class and other considerations, we reserve the right to modify this recovery methodology.

### B. The Interest Recovery For The Barbatos

32. Based on the information I examined in this matter, the relevant facts with respect to the Barbatos' homeowner's insurance claim are as follows:

33. On May 31, 2018, the Barbatos' home was damaged due to a failed sanitary plumbing system under their floor. The Barbatos subsequently notified State Farm of their claim. The notice of claim date was June 7, 2018.[18]

34. While State Farm acknowledged the loss, the parties could not agree on the value, and the dispute was submitted to an appraisal as provided by the Policy. On September 1, 2022, the appraisal panel issued an award for the replacement cost of $136,945.38, which was later reduced to $125,456.02 after deductibles and other adjustments.[19] The $125,456.02 amount represents the Adjusted Award Amount.

35. The Adjusted Award Amount payment was made on October 20, 2022, which was 50 days after the date of the Award. According to the Plaintiffs, State Farm failed to pay the Award within 15 days of the Appraisal Award, and did not include any interest on the claim.[20] The Plaintiffs assert that under both the Policy and Florida law, State Farm was required to pay interest from the date it received notice of the claim, and its failure to do so constitutes a breach of contract.[21]

[16] See id.
[17] See id.
[18] SF0000145-146.
[19] Barbato_00081-110 and Barbato_126-129.
[20] Barbato_0001.
[21] TAC pars. 16 – 18. Plaintiffs allege on the date the Appraisal Awards were issued, there were no longer factors beyond State Farm's control that reasonably prevented it from making the claim payments owed to Plaintiffs (TAC par. 35).

36. The number of days between the June 7, 2018, notice of claim date and the October 20, 2022, Adjusted Award Amount payment date was 1,596 days. The number of days between the October 20, 2022, Adjusted Award Amount payment and the date of my original expert report, October 28, 2025, was 1,105 days.

37. The applicable annual and quarterly interest rates and daily interest rates were obtained from https://myfloridacfo.com/division/aa/audits-reports/judgment-interest- rates and are shown in the subsequent calculation tables.[22]

38. I performed Calculations 1, 2, and 3 as previously described and the results are the following:

a. The interest recovery on the original award payment of $125,456.02 made to the Barbatos is $30,899.34 as shown below.

| Interest Calculations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Calculation No. 1: Interest On Adjusted Award Amount | | | | | | | |
| Original Principal (Adjusted Award Amount): | | | | | A | $ 125,456.02 | |
| Interest Period: The Notice of Loss date up to the date the Adjusted Award Amount was paid. | | | | | | | |
| | | | Interest Period | | B | C | D = A*B*C |
| Year | Quarter | Interest Rate | Start | End | No. of Days | Daily Interest Rate | Interest Accrued |
| 2018 | Q2 | 5.72% | 6/7/2018 | 12/31/2018 | 208 | 0.0156712% | $ 4,089.39 |
| 2019 | Q1 | 6.33% | 1/1/2019 | 12/31/2019 | 365 | 0.0173425% | $ 7,941.37 |
| 2020 | Q1 | 6.83% | 1/1/2020 | 12/31/2020 | 366 | 0.0186612% | $ 8,568.65 |
| 2021 | Q1 | 4.81% | 1/1/2021 | 12/31/2021 | 365 | 0.0131781% | $ 6,034.43 |
| 2022 | Q1 | 4.25% | 1/1/2022 | 10/19/2022 | 292 | 0.0116438% | $ 4,265.50 |
| Interest on Adjusted Award Amount: | | | | | 1,596 | | $ 30,899.34 |

[22] For purposes of the interest calculations, BPB used the applicable interest rate in effect, pursuant to **s. 55.03,** as of the notice of claim date, and this rate was adjusted annually to reflect the new interest rate established on January 1st of each new year.

b. The interest recovery on the $30,899.34 of interest mentioned in (a) above (i.e., the interest-on-interest amount) is $7,198.09, as shown below.

| Interest Calculations | | | | | | | |
|---|---|---|---|---|---|---|---|
| Calculation No. 2: Interest-on-Interest Amount | | | | | | | |
| Second Principal (Interest on Adjusted Award Amount): | | | | | A | $ 30,899.34 | |
| Interest Period: The date the Adjusted Award Amount was paid through October 28, 2025 (date of the Daniel S. Hughes Report). | | | | | | | |
| | | | Interest Period | | B | C | D = A*B*C |
| Year | Quarter | Interest Rate | Start | End | No. of Days | Daily Interest Rate | Interest Accrued |
| 2022 | Q4 | 4.75% | 10/20/2022 | 12/31/2022 | 73 | 0.0130137% | $ 293.54 |
| 2023 | Q1 | 5.52% | 1/1/2023 | 12/31/2023 | 365 | 0.0151233% | $ 1,705.64 |
| 2024 | Q1 | 9.09% | 1/1/2024 | 12/31/2024 | 366 | 0.0248361% | $ 2,808.75 |
| 2025 | Q1 | 9.38% | 1/1/2025 | 10/28/2025 | 301 | 0.0256986% | $ 2,390.15 |
| Interest-on-Interest Amount: | | | | | 1,105 | | $ 7,198.09 |

c. The total interest recovery, as of the date of this report, is $38,097.43 (i.e., the sum of the interest amounts shown in (a) and (b) above), as shown below.

| Interest Calculations | | |
|---|---|---|
| Calculation No. 3: Total Interest Recovery Amount | | |
| Interest on Adjusted Award Amount: | A | $30,899.34 |
| Interest-on Interest Amount: | B | $ 7,198.09 |
| Total Interest Recovery Amount: | C = A+B | $38,097.43 |

## VIII. Submission of Expert Report

39. This report was prepared for use solely in connection with providing expert testimony in the referenced matter. This report may not be used or referred to for any other purpose without the expressed written consent of Berkowitz Pollack Brant Advisors and CPAs, LLP.

***Daniel S. Hughes, CPA/CFF/CGMA, CVA***

*Berkowitz Pollack Brant Advisors and CPAs, LLP*

*200 South Biscayne Boulevard, Seventh Floor*

*Miami, Florida 33131*

**December 19, 2025**

***Date***

Berkowitz Pollack Brant Advisors +CPAs

# APPENDIX A

## CURRICULUM VITAE

## DANIEL S. HUGHES

**Daniel S. Hughes, CPA/CFF/CGMA, CVA**, is a Director at Berkowitz Pollack Brant Advisors and CPAs, LLP. Hughes focuses his practice on Forensic Accounting Services and has more than 30 years of experience with regional and international accounting and consulting firms. His practice areas include economic damage analyses in commercial litigation, corporate investigations, business valuation, complex business interruption insurance claims, corporate transaction services, and bankruptcy / receivership services.

Hughes has provided expert testimony, expert consulting services, and forensic accounting services in such areas as lost profits and economic damage analyses, breach of contract, intellectual property, securities litigation, construction and real estate matters, merger & acquisition services, representations & warranties insurance claims, post-merger & acquisition disputes, among others. He has also assisted numerous clients in the United States as well as abroad in the preparation, presentation, and settlement of complex business interruption and physical damage insurance claims. Additionally, he has assisted counsel, officers, and board of director committees with accounting investigations for financial reporting irregularities, embezzlement schemes, overcharging schemes, misuse and/or misappropriation of assets, undisclosed transactions, unfair self-dealing, and undisclosed conflicts of interest / related party transactions, among others.

Hughes is a Certified Public Accountant in the State of Florida, Certified in Financial Forensics and a Chartered Global Management Accountant as designated by the American Institute of Certified Public Accountants (AICPA). He is a Certified Valuation Analyst as designated by the National Association of Certified Valuators and Analysts (NACVA). He has completed the Certified Merger & Acquisition Advisor course as designated by the Alliance of Merger & Acquisitions Advisors (AM&AA). He is a member of the AICPA, the Florida Institute of Certified Public Accountants (FICPA), the Association of Certified Fraud Examiners (ACFE), the National Association of Certified Valuation Analysts (NACVA), the Association for Corporate Growth (ACG), and the Alliance of Merger & Acquisitions Advisors (AM&AA).

Hughes has lectured extensively on a wide range of forensic and accounting subjects at AICPA events, FICPA events, the Annual Florida Forensic and Valuation Conference, the Florida Annual Accounting Show, the Annual SEAK National Expert Witness Conference, the Risk Insurance Management Conference, Association for Corporate Growth events, and at several law firms, insurance brokerage firms, and banker organizations. Hughes has testified at trial and deposition, in Federal Court, State Court and in arbitrations as an expert on a variety of forensic accounting issues.

**Select Engagements - Economic Dispute Analysis, Forensic Accounting Investigations, and Business Insurance Claims Consulting.**

- ***Select Economic Dispute Analysis:***
  - Assisted a real estate developer with the quantification / evaluation of economic damages stemming from a partnership dispute. One of the founding members of the real estate entity was leaving the organization and the business partners executed a settlement agreement to determine the potential amounts to be paid to the exiting member. The dispute concerned the calculation and quantification of the appropriate amounts to be paid pursuant to the settlement agreement.

- Assisted a publicly traded waste industry company in a class action matter related to allegations of billing irregularities for the collection and remittance of municipal franchise fees pursuant to city ordinances. Reviewed and analyzed accounting general ledgers, customer invoices, franchise fee collection and remittance documentation, among other accounting and business records for a multi-year period in order to assess potential economic damages, if any.

- Assisted a developer and waste recycling entity with the quantification / evaluation of economic damages including lost profits stemming from allegations of contractual breaches, tortious interference, conversion, and other claims related to a joint venture that processed, transported, and disposed of residential and commercial waste streams pursuant to contracts with more than twenty (20) Broward County municipalities.

- Assisted a waste collection entity under audit by the City of Miami Beach for the potential under payment of franchise fees pursuant to city ordinances. Reviewed and analyzed accounting general ledgers, customer invoices, franchise fee collection and remittance documentation, among other accounting and business records for a multi-year period in order to assess the potential franchise fee amount due, if any.

- Assisted a third-party claims administrator with the quantification / evaluation of economic damages resulting from allegations of malpractice in the administration, management, and adjustment of property damage claims submitted by residential homeowners.

- Assisted an owner of a Bahamian resort hotel with an investigation and quantification of economic damages allegedly stemming from overcharges associated with construction costs and allocations of operating and general & administrative expenses of its Malaysian operating partner.

- Assisted a Colombian television broadcasting and production company with the quantification of economic damages resulting from the alleged breaches of various contracts and agreements pursuant to the ownership and distribution rights of a telenovela co-produced by the parties.

- Assisted a trust company with the quantification / evaluation of economic damages resulting from allegations of malpractice in the investment management of trust assets. Issues surrounded the actual investment performance of the trust assets v. hypothetical investment performance of a potential portfolio of securities.

- Assisted a Nicaraguan banana plantation with the quantification of economic damages including lost profits stemming from the termination of a long-term contract for the sale of bananas into the U.S. domestic market.

- Assisted a health maintenance organization with the quantification / evaluation of economic damages resulting from terminating an at-risk managed care plan with a healthcare services provider.

- Assisted a law firm in a legal malpractice matter. Quantification / evaluation of economic damages resulting from allegations of malpractice concerning legal advice to clients that invested in tax shelters. Issues surrounded the individual plaintiff's actual tax results, investment performance, and cash amounts paid versus a hypothetical investment performance of a potential portfolio of securities the individuals never invested into. Evaluated investment results, tax shelter performance, IRS assessed tax liabilities, penalties, and interest charges (along with the subsequent forgiveness of the penalties and interest), and the hypothetical performance of various investment securities.

- Quantified alleged economic damages including lost profits for a commodity trading firm that engaged in fraudulent activities.

- Assisted an international law firm in a legal malpractice matter. Quantified alleged economic damages including lost profits for a commodity trading firm that engaged in fraudulent activities.

- Assisted a publicly traded roofing products distribution company with the quantification of economic damages pursuant to the alleged theft of trade secrets by former employees who went to work for a competitor.

- Assisted an international law firm in a legal malpractice matter. Quantified alleged economic damages that resulted from an indemnification provision in a purchase and sale agreement.

- Assisted the government of the Dominican Republic and/or its agencies in a construction contract dispute to develop a water irrigation project. Quantified economic damages including lost profits, unpaid invoices, and alleged cost overruns pursuant to the termination of various construction agreements / contracts.

- Assisted a large, Australian, publicly traded engineering firm with the quantification of economic damages pursuant to the rescission of a purchase agreement to acquire an Ecuadorian engineering firm.

- Assisted a large, international distributor of airline parts with the quantification of economic damages pursuant to an alleged breach of representations and warranties in connection with the purchase and sale of a European competitor.

- Assisted a municipality in a dispute with a lime-rock mining operator. Quantified economic damages including lost profits for the mining entity for historical periods as well as future periods through the mine life.

- Assisted a physician with the quantification of economic damages due to the alleged underpayment of earn-out payments pursuant to a purchase and sale agreement of the physician's diagnostic laboratory practice.

- Assisted an international logistics company with the quantification of alleged economic damages that resulted from a failed purchase and acquisition of freight forwarding company.

- Assisted with the review of claims, valued at $1.0 billion, and the quantification of alleged economic damages associated with the pending bankruptcy of a $3.0 billion resort casino development in Las Vegas, Nevada. Issues involve the alleged submission of inaccurate financial reports and project cost information that was required pursuant to a master disbursement agreement in order to obtain ongoing funding for the project.

- Assisted with the quantification of economic damages for the putative class members in a class action suit against a large financial services company. At issue is the alleged retention of participant's gains from 2003 through 2013 associated with delays in processing orders / trades allegedly in violation of SEC rules.

- Assisted one of the largest healthcare insurance companies with the quantification of economic damages stemming from legacy claims that were part of a class action settlement agreement. Our work included a review of the processing of claims by a third-party claims' administration company.

- Assisted with the quantification of economic damages pursuant to alleged oral agreements over the ownership of intellectual property that was monetized fifteen to twenty years after its inception. Issues involve establishing the origin and ownership of funds that flowed through a network of international banks, financial institutions, and foreign entities over twenty years ago, that were allegedly invested in a now defunct domestic entity that developed telecommunication-paging technology.

- Assisted with the quantification of economic damages pursuant to a retainer agreement for legal services in connection with the international licensor of intellectual property.

- Assisted the former owners of an airline services company in a dispute with an international buyer. At issue is the value of a purchase price adjustment based on alleged breaches of representations and warranties in the buy/sell agreement.

- Assisted a multi-national broadcasting company with its claims for economic damages stemming from network exhibition, merchandising and ancillary revenues, and licensing agreement revenues for the national and international syndication of a television show that ran for multiple seasons.

- Assisted the Sellers in a post-acquisition dispute to determine the final payment pending the computation of the post-closing working capital for a consumer products company that was sold to a publicly traded international company.

- Assisted a regional hospital in evaluating claims for economic damages, including lost profits, alleged by a physician's group that specialized in outpatient radiation therapy.

- Assisted the Sellers in a post-acquisition dispute against a Fortune 500 multi-national conglomerate. The underlying transaction was valued at $400 million, and the issues included a variety of adjustments that impacted the calculation of the post-closing working capital.

- Quantified economic damages, including lost royalties, in a matter between an international licensor of intellectual property and a beverage manufacturer in Brazil. Also assisted in evaluating the counterclaims for alleged lost profits by the Brazilian beverage manufacturer for the losses it quantified in several worldwide geographic locations.

- Assisted co-defendants in evaluating economic damages, including lost profits and out-of-pocket costs, that allegedly resulted from a delayed real estate development due to an environmental remediation.

- Assisted a fuel transportation company with its economic damages that resulted from a failed implementation of an ERP software package. Damages included out-of-pocket costs and delayed cost savings (e.g., efficiency savings) that were achieved once the system was fully implemented and recently acquired businesses were integrated.

- Performed a forensic accounting investigation and subsequent quantification of potential economic damages that resulted from a contract dispute between an aviation fuel service provider and an airline operator.

- Quantified economic damages in a matter between a global hotel chain franchisor and a hotel operator franchisee pertaining to losses claimed in connection with the termination of the franchise agreement and the use of certain trademarks in connection with the operation of a guest lodging facility.

- Quantified economic damages in a matter between a cellular telephone equipment and service franchisor and franchisee pertaining to losses claimed in connection with termination of the franchise agreement.

- Quantified economic damages in a matter between a US based distribution company and its importer / warehouse provider in Mexico.

- Assisted a chemical company in a breach of contract dispute and quantified the potential lost profits suffered by the supplier that resulted from less than minimum purchases of lime.

- Assisted a large dairy cooperative (co-op) in a lawsuit against a manufacturer of dairy equipment. Calculated the potential lost profits associated with the delayed start-up and missed market opportunities.

- Assisted an ink manufacturer in an intellectual property dispute against a rival ink manufacturer. The plaintiffs alleged damages that resulted from theft of trade secrets and proprietary customer lists. Critiqued and refuted the damage calculation put forth by the plaintiff's expert. Offered an alternate damage calculation and expert report.

- Assisted a large textiles manufacturer in a patent infringement case. Determined damages based on lost profits and/or reasonable royalties considering such factors as demand for patented features, non-infringing substitutes, business capacity, overlapping customers, and fixed versus variable cost analysis.

- Assisted a truss plate manufacturer in a patent infringement suit. Determined damages based on lost profits and/or reasonable royalties considering such factors as demand for patented features, non-infringing substitutes, business capacity, overlapping customers, and fixed versus variable cost analysis.

- Assisted a client defending against an earn-out payment clause contained in an asset purchase agreement.

- Assisted a national realty development company in a contract dispute against a landowner.

- Assisted counsel in a 10b-5 securities lawsuit defending a telecommunications company. Investigated, analyzed, and researched issues related to accounting and disclosure matters.

- Assisted a health care corporation in its defense against an antitrust suit. Provided financial and business analyses to counsel regarding the evaluation of the relevant health care market, along with the financial and operational performance of the health care companies involved in the suit.

- Assisted a large domestic bank in a litigation involving its fiduciary duty to purchase and manage a real estate investment. Reviewed and analyzed numerous financial and operational records. Reviewed and critiqued the opposing expert's damage claim. Prepared, quantified, and provided support for an alternate damage computation.

- Assisted counsel in defending a large hospital organization in an antitrust dispute. Provided support for direct trial testimony as it related to the financial and operational performance of the named parties in the suit, as well as various other providers of psychiatric care.

- Assisted a global oil company in a breach of contract matter pursuant to an environmental clean-up. Reviewed and analyzed alleged costs pursuant to a contract with an environmental engineering company hired to cleanse and remediate a refinery surge pond. Procedures included the review and analysis of accounting general ledgers, cost documentation, and cost eligibility pursuant to scope of work and/or contract restrictions.

- Assisted a Fortune 100 company in a divestiture transaction of an operating division. Issues addressed included the consistent application of accounting policies and management estimates regarding accounts receivable and inventory valuation.

♦ ***Select Forensic Accounting Investigations:***

- Receivership – Property Casualty Insurance Company. Assisted the Florida Department of Financial Services and a Special Deputy Receiver with a forensic accounting investigation and analysis of Florida based Property and Casualty Insurance company that was placed into receivership by the Florida Office of Insurance Regulation.

- Individual / Real Estate Entity / Publicly Traded European Oil Services Entity. Assisted an individual and real estate entity with rebuttal analysis regarding economic damages stemming from alleged fraud, money laundering, and an alleged overcharging scheme at a publicly traded European oil services entity, where said individual was a former employee.

- Private Equity Group / Hedge Fund / Healthcare Service Provider. Assisted a private equity group and hedge fund investor with the determination of the final purchase price / additional payment or claw-back associated with the acquisition of a healthcare service provider and hospital organization. The final purchase price was determined based on EBITDA derived from a post-acquisition financial statement audit and quality of earnings analysis. Issues surrounded consistency of audit related adjustments and prior accounting practices.

- RWI Insurance Claim. Assessment and evaluation of a multi-million-dollar representations & warranties insurance claim filed by the buyer of a global engineering and manufacturer of industrial pumps, valves, manifolds, and other hydraulic applications. Forensic analysis and quantification of damages that resulted from alleged breaches of the purchase and sale agreement primarily related to misrepresentations concerning the financial statements of the acquisition target.

- Payment Processing Company. Assisted a payment processing company that invoked its contractual rights to audit historical and potential future royalty payments. The royalty amounts are pursuant to an agreement governing revenue sharing for new business development between the Payment Processing Company and a company that provides payment processing software.

- Property & Casualty Insurance Company. Assisted a publicly traded P&C insurance company with an investigation of fraudulent claims submission by an internal claims' adjustment manager.

- Receivership – Hedge Fund Investment Company. Assisted a court appointed receiver pursuing an accounting malpractice claim for tax, accounting, and consulting services provided to a Hedge Fund Company that was alleged to have committed several frauds and misappropriation of investor assets.

- Healthcare Services Organization. Assisted a healthcare services provider with multiple examinations of a contract pharmacy agreement governing revenues, expenses and profit sharing pursuant to a 340B drug program for eligible patients.

- RWI Insurance Claim. Assessment and evaluation of a multi-million-dollar representations & warranties insurance claim filed by the buyer of paper manufacturing company. Forensic analysis and quantification of damages that resulted from alleged breaches of the purchase and sale agreement primarily related to misrepresentations concerning the financial statements of the acquisition target.

- International Investment Management Firm. Assisted in a Department of Justice investigation and provided forensic accounting services to trace one hundred million dollars in transactions through multiple international banks over a multi-year period.

- Workers Compensation Insurance Company / Publicly Traded Insurance Services Company. Assisted special counsel hired by the Audit Committees of two entities to conduct a forensic investigation of unrecorded related party transactions between a privately held insurance company and a publicly held insurance services company.

- Real Estate Development Project. Assisted an international developer of luxury hotels with its investigation of potential cost overruns in connection with a $400M condo-hotel project.

- Real Estate Development Project. Assisted a South Florida based not-for-profit with its investigation of potential cost overruns in connection with the development of a $100M plus art museum. Analyzed construction budgets, construction payment applications, change orders, allowance change orders, construction holds, subcontractor agreements, and supporting invoices, among other documents.

- Real Estate Development Project. Assisted a large Miami based developer with its investigation of construction costs related to 60-story high-end, residential condominium development in South Florida. Records reviewed included the construction general contractor's general ledger, construction budgets, construction payment applications, change orders, details of general conditions, subcontractor agreements, buy-out savings, and supporting invoices, among other documents.

- Consumer Electronics Company. Investigated a multi-million-dollar, multi-year overbilling scheme orchestrated by company insiders and assisted with the filing of fidelity insurance claim. The vendors involved included domestic and international trading partners.

- Exploration & Production Company. Investigated a variety of schemes used by a company insider to misappropriate and misuse company assets. Issues included the payment of salaries and benefits to family and friends for no services or services that did benefit the company or the payment for goods and services that were for personal gain but were not for the benefit of the company.

- Caribbean Medical School. Assisted the Court appointed Special Master in a federal case involving the accounting for assets in the care, custody, and control of a former corporate officer/shareholder of a medical school and related entities domiciled in the US and on the island of Montserrat.

- Information Technology Company. Assisted a $1 billion information technology company with its investigation and filing of a fidelity insurance claim for unauthorized transactions and misappropriation of assets by members of the company's sales team.

- Latin American Edge-Act bank. The former CEO had an undisclosed relationship with a bank customer. The matter included identifying transactions executed through customer accounts, credit transactions and investment accounts.

- Latin American Edge-Act bank. Reconstructed customer accounts to restate investments excluding unauthorized transactions perpetrated by a former private banking officer.

- Pharmaceutical Company. Investigated and analyzed accounting documentation and related supporting documentation for various accounting transactions. Key issues were the proper recognition of revenues and product return allowances when the right of return exists in compliance with SFAS 48 and SAB 101.

- Large Conglomerate. Investigated and analyzed accounting documentation and related supporting documentation for numerous transactions related to purchase accounting for acquired entities. The key issues were the allocation of the purchase price to various balance sheet accounts and the recording and subsequent reversals of numerous reserves.

- Consumer Products Company. Investigated and analyzed accounting documentation and related supporting documentation for numerous financial transactions in order to determine the magnitude of the alleged frauds and the potential restatement of financial statements. The key issue was the proper recognition of revenues in compliance with SAB 101.

- Food Manufacturer. Investigated and uncovered numerous schemes used by Management to misstate revenues and earnings. Investigated and analyzed accounting documentation and related supporting documentation for numerous transactions. A significant piece of the investigation was to determine how the alleged fraudulent transactions were recorded in the subject company's books and records and to identify the employees that had knowledge of and/or who recorded those transactions.

- Retailer. Conducted an investigation and an internal control assessment of several processes to determine the potential for theft and/or unauthorized transactions. Company processes included cash receipts, cash disbursements, bank reconciliations, payroll, and inventory control.

- Insurance subsidiary of a Bank Holding Company. Reconstructed life insurance and annuity commission payments from several insurance carriers to uncover the various schemes used by the former president of the insurance subsidiary to redirect funds to his personal accounts.

- Hospital. Uncovered numerous unauthorized payments made to the assistant controller of a large hospital. Investigated multiple years' worth of banking and accounting records. Issues resulted from a lack of proper segregation of duties, insufficient oversight and review procedures, and poor safeguarding of assets.

♦ ***Select Business Insurance Claims Consulting***

- Provided insurance claims services to a large, major collegiate university. Quantification, and preparation of multiple business interruption claims for the university's operations that were adversely impacted from Covid-19.

- Provided insurance claims services to a large Miami based developer with its business interruption and builder's risk insurance claims resulting from Covid-19. Developments included: multi-family apartment complex, regional shopping centers, storage facilities, and residential single-family homes.

- Provided insurance claims services to a Ft. Lauderdale resort hotel property that was adversely affected by Covid-19. Issues included available rooms, occupied rooms, occupancy percentages, average room rates, continuing / non-continuing expenses, and

the related impact on various other operating divisions such as restaurants and food & beverage operations.

- Provided insurance claims services to a Ft. Lauderdale resort hotel property that suffered damages from Hurricane Irma. Issues included available rooms, occupied rooms, occupancy percentages, average room rates, continuing / non-continuing expenses, and the related impact on various other operating divisions such as restaurants and food & beverage operations.

- Provided business interruption insurance claims consulting services to the ownership group of a large Miami Beach marina, restaurant, and retail development. The development sustained significant damages and business interruption resulting from Hurricane Irma.

- Provided insurance claims services to a large Miami based developer with its builder's risk insurance claims. The developer's high-rise condominium project suffered extensive damages due to fire on the 38th floor of a 50 plus floor high-end development. Issues included the quantification of construction remediation costs, construction schedule impact and delay in completion costs that resulted from the construction delay as well as concurrent delay issues.

- Provided business insurance claims services to a large Miami based developer with its builder's risk insurance claims for two high-rise condominium towers that suffered extensive damages due to Hurricanes Katrina and Wilma. Claim issues included the quantification of construction remediation costs due to overlapping losses as well as the construction schedule impact and delay in completion costs that resulted from the delay and overlapping losses.

- Assisted a large publicly traded development company with its builder's risk insurance claim following a roof collapse at a large condominium/hotel development. Services included claim preparation for construction remediation costs associated with the property damage and delay in completion costs that resulted from the construction delay.

- Assisted in the preparation of the business interruption and extra expense claim for a major international hotel chain that suffered losses as a result of a hurricane. The claim was prepared for ten separate hotels located in four different cities. Properties were in major vacation or convention cities and many of the properties had significant group bookings prior to the event. A significant factor considered in the loss model was the mitigating effects of un-impacted sister properties located near the damaged hotels.

- Provided business insurance claims assistance to a large law firm that had multiple offices adversely impacted by Hurricane Wilma. Assisted with the property damage, business interruption and extra expense claims.

- Assisted in the preparation of the business interruption and extra expense claim for a major domestic hotel chain that suffered losses at six properties affected by floods. Key issues included available rooms, occupied rooms, occupancy percentages, average room rates, travel agency commissions, and the related impact on various other operating divisions such as banquet rooms, food and beverage, telephone, and transportation.

- Assisted in the preparation of the business interruption and extra expense claim for a luxury resort hotel located in Nevis that suffered extensive damage due to a hurricane.

- Assisted a large New Orleans based law firm with its business interruption claim that resulted from Hurricane Katrina.

- Assisted a large wholesale / distributor of fresh produce with its inventory, business interruption, and extra expense claims that resulted from property damage and utility service interruption caused by Hurricane Wilma.

- Assisted in the preparation of the business interruption and extra expense claim for an educational institution that suffered damage at multiple campuses due to Hurricanes Frances and Jeanne. Issues included the impact the school suffered on student enrollment, incremental expenses associated with moving to temporary facilities, multiple occurrences and overlapping losses.

- Assisted a large governmental entity in New York and New Jersey with a multi-billion-dollar insurance claim that resulted from the events of September 11, 2001. Specifically, assisted with the preparation and quantification for the business interruption claim that covered five separate facilities including: commuter trains; tunnels, bridges, and terminals; airports/heliports; real estate lost rents and waste recovery. Also provided consultation with the quantification and preparation of property damage claims for contents and furnishings, valuable papers and extra expenses associated with incremental security labor, emergency response procedures and site clean-up activities.

- Assisted a national broadcasting company with calculating its business interruption claim that resulted from the events of September 11, 2001. The company had equipment located on the top of World Trade Center One. When the tower collapsed, the company lost its broadcast signal in the greater New York market. The business interruption claim resulted from lower advertising revenues associated with the lost over-the-air viewership.

- Assisted a large investment bank with its contingent business interruption and contingent extra expense claims that resulted from the events of September 11, 2001.

- Assisted one of the largest Eastern United States based grocery store chains with three separate insurance claims that resulted from utility service interruptions. Specific assistance was provided to calculate the property damage, inventory, and extra expense claims.

- Assisted the largest grocery store chain and video store chain on the island of Puerto Rico and the U.S. Virgin Islands after Hurricane Georges inflicted severe damage. Total property damage exceeded $45 million at more than 70 locations including the largest distribution center on the island of Puerto Rico. Aided with the quantification, preparation, negotiation, and settlement of the business interruption claim.

- Assisted a large lithium-based chemicals manufacturer in the quantification and settlement of its business interruption claim. The loss was the result of an explosion in one of the company’s reactors. The reactor was never replaced in the same way, but instead the facility’s remaining operations were redesigned and updated. Key issues involved replacement cost of the destroyed assets, a hypothetical timeline for rebuilding the facility to pre-loss conditions, and lost production versus lost sales.

- Assisted a publicly traded steel and metal manufacturing / recycling entity with a business interruption insurance claim pursuant to an explosion at a Texas based metal waste recycling facility. Procedures included the determination of lost income for a multi-year period based on the review and analysis of financial statements, accounting general ledgers, cost documentation, budget and forecast documentation, customer contracts, among other accounting and business records.

**Prior Experience:**

Deloitte & Touche LLP, Miami, Florida and Dallas, Texas 1996 – 2004: Senior Manager, Forensic and Dispute Services Group

Duff & Phelps, Inc., Chicago, Illinois 1994 – 1996: Equity Analyst, Energy & Technology Group

Arthur Andersen LLP, Chicago, Illinois 1991 – 1994: Senior Auditor, Financial Services Division

**Licensure:**

Certified Public Accountant in Florida

**Educational Background:**

Bachelor of Science in Accountancy – 1991
University of Illinois

**Professional Memberships:**

American Institute of Certified Public Accountants

Florida Institute of Certified Public Accountants

National Association of Certified Valuation Analysts

Association of Certified Fraud Examiners

Association for Corporate Growth

Alliance of Merger & Acquisition Advisors

**Presentations:**

"Show me the money! An overview of economic damages calculations." – Presented to the Business Law Section – The Florida Bar Business Litigation Committee. Annual Business Law Section Retreat, September 2, 2023

"Business Interruption Claims – Covid Update" – Presented to the Florida Institute of Certified Public Accountants at the Valuation, Forensic Accounting and Litigation Services Conference, January 8, 2021

"Strategies for Successful Business Interruption Claims" – Webinar, May 13, 2020

"Lost Profits Analysis and Effective Expert Presentation" – Presented to the Law Firm of Siegfried, Rivera, Hyman, Lerner, De La Torre, Mars & Sobel, P.A., Miami, 2019

"Public Companies Financial Reporting and SEC Filings" – Presented to the Law Firm of Berger Singerman, LLP, Ft. Lauderdale, 2018

"Surviving and Thriving During Cross-Examination" – Presented to the SEAK 27th Annual National Expert Witness Conference, Orlando, 2018

"Understanding Basic Accounting Concepts and Financial Statements" – Presented to the Law Firm of Berger Singerman, LLP, Miami, 2018

"Construction Fraud: Detection and Prevention" – Presented to the Law Firm of Smith, Currie & Hancock, LLP, Miami, 2017

"Evaluating the Financial Health of an Entity" – Presented to the Law Firm of Holland & Knight, LLP, Miami, 2016

"Attaining Reasonable Certainty in Damage Calculations" – Presented separately to the Law Firms of Greenberg Traurig, LLP and Holland & Knight LLP, Miami, 2016

"Calculating Economic Damages" – Presented separately to the Law Firms of Boies, Schiller & Flexner, LLP; Hinshaw & Culbertson LLP and Holland & Knight, LLP, Miami, 2016

"Understanding Accounting Concepts and Financial Statements" – Presented separately to the Law Firms of Bilzin Sumberg Baena Price & Axelrod, LLP; Holland & Knight, LLP; K&L Gates, LLP and Kluger, Kaplan, Silverman, Katzen & Levine, P.L, Greenberg Traurig, LLP and Akerman, LLP, Miami, FL 2014 and 2015

"Distressed Company Financial Statements" – Presented to the Law Firm of Greenberg Traurig, P.A., Miami, FL 2015

"Quantifying Economic Damages" – Presented to the Law Firm of Greenberg Traurig, P.A., Miami, FL 2015

"Forensic Accounting Investigations" - Presented to the Law Firm of Shook, Hardy & Bacon, LLP, Miami, FL 2015

"Damages Calculations" - Valuation, Forensic Accounting and Litigation Services Conference presented by the Florida Institute of Certified Public Accountants, Ft. Lauderdale, FL 2015

"Calculating and Measuring Damages in Various Cases" – Florida Valuation and Litigation Services Conference presented by the Florida Institute of Certified Public Accountants, Miami, FL 2015

"Evaluating Financial Health of an Entity – Cash Flows, Solvency, Liquidity, Financial Distress; and Bankruptcy Options" - Presented to the Law Firms of Greenberg Traurig, P.A., Miami, FL 2015

**Publications:**

"Prepare Your Business for Hurricane Season," internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors + CPAs, May 23, 2022. Web.

"Tax Reform Spurs Immediate Needs for Business Valuations," internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors + CPA's, October 14, 2021. Web.

"What Is Representations and Warranties Insurance?" internal website*:* *bpbcpa.com*, Berkowitz Pollack Brant Advisors + CPA's, August 31, 2021. Web.

"Companies Gain Legal Ground in COVID-Related Business Interruption Insurance Claims" internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors + CPA's, December 22, 2020. Web.

"The Latest on Business Interruptions Claims," internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors and Accountants, April 2020. Web.

"Is Your Business Protected Against Coronavirus-Related Losses?" internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors and Accountants, March 2020. Web.

"Business Owners Increasingly Rely on Quality of Earnings Reports to Sell Their Companies" internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors + CPA's, October 22, 2019. Web.

"What Is Reps and Warranties Insurance?" internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors and Accountants, September 2019. Web.

"How Businesses Can Plan for Hurricanes and Other Disasters," internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors and Accountants, August 2017. Web.

"Best Practices After a Hurricane Season or Storm" internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors and Accountants, August 2017. Web.

"It's Hurricane Season. Is Your Business Prepared?" internal website: *bpbcpa.com*, Berkowitz Pollack Brant Advisors and Accountants, May 2017. Web.

"It's Hurricane Season. Is Your Business Prepared?" *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, June 2015

"New Issues to Consider in Business –Interruption Risks" *Success a year in review Volume 3*, Miami, Fl.: Berkowitz Pollack Brant Advisors and Accountants, 2015

"Are you Prepared to Quantify Business Interruption Losses Following A Disaster?" *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, July 2014

"Commercial Insurance Recoveries from Hurricanes and Other Disasters" *BPB Firm Newsletter*, Miami, Fl.; Berkowitz Pollack Brant Advisors and Accountants, August 2013

"Successful Business Interruption Claims" *Success a year in review Volume 1*, Miami, Fl.: Berkowitz Pollack Brant Advisors and Accountants, 2013

"Successful Business Interruption Claims" *BPB Firm Newsletter*, Miami, Fl., Berkowitz Pollack Brant Advisors and Accountants, February 2013

**Community:**

Greater Miami Chamber of Commerce

Leadership Miami – Class of 2010

Take Stock in Children Mentorship Program

Former member of the AICPA Task Force for the preparation and updating of the Certified in Financial Forensics Examination

Former member of the Board of Directors of the South Florida Chapter of the Association for Corporate Growth

Former treasurer and a member of the Board of Directors for the Bankers Club of Miami

**Daniel S. Hughes, CPA/CFF/CGMA, CVA**

**Listing of Cases Testified In**
**As An Expert Witness**
**Last Four Years**

| COURT | CASE NAME / NUMBER | REPRESENTED | LAWYERS / LAW FIRM | AREA OF TESTIMONY | YEAR |
|---|---|---|---|---|---|
| In the Circuit Court of the 15th Judicial Circuit in and For Palm Beach County, Florida | Petroleum Realty I, LLC, et al. v. Boca Petroco, Inc., Ali M. Jaferi, et al.<br>CASE NO.: 50-2004-CA-5889 | Petroleum Realty I, LLC, et al. | Berger Singerman LLC | Forensic Accounting Investigation (Trial) | 2025 |
| In the Circuit Court of the 15th Judicial Circuit in and For Palm Beach County, Florida | Petroleum Realty I, LLC, et al. v. Boca Petroco, Inc., Ali M. Jaferi, et al.<br>CASE NO.: 50-2004-CA-5889 | Petroleum Realty I, LLC, et al. | Berger Singerman LLC | Forensic Accounting Investigation (Hearing) | 2025 |
| In the Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida | LC 4.4 775 NE 77 Terrace, LLC v. 775 NE 77th Terrace LLC, Mohammed Alsaloussi, Christopher Drummond, et al.<br>CASE NO.: 2023-018752-CA-01 | Christopher Drummond | Boies Schiller Flexner LLP and Krinzman Huss Lubetsky Feldman & Hotte | Forensic Accounting Investigation (Deposition 2) | 2025 |
| In the Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida | LC 4.4 775 NE 77 Terrace, LLC v. 775 NE 77th Terrace LLC, Mohammed Alsaloussi, Christopher Drummond, et al.<br>CASE NO.: 2023-018752-CA-01 | Christopher Drummond | Boies Schiller Flexner LLP and Krinzman Huss Lubetsky Feldman & Hotte | Forensic Accounting Investigation (Deposition 1) | 2025 |
| In the Circuit Court of the 15th Judicial Circuit in and For Palm Beach County, Florida | Petroleum Realty I, LLC, et al. v. Boca Petroco, Inc., Ali M. Jaferi, et al.<br>CASE NO.: 50-2004-CA-5889 | Petroleum Realty I, LLC, et al. | Berger Singerman LLC | Forensic Accounting Investigation (Deposition) | 2025 |
| In the Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida | Doral Liquor Mart, Inc. v. Franklin A. Maria, et al.<br>CASE NO.: 2022-003433-CA-01<br>James M. Bien-Aime v. Franklin A. Maria<br>CASE NO.: 2021-018851-CA-44 | Franklin A. Maria | Mason Pertnoy of Krinzman Huss Lubetsky Feldman & Hotte | Forensic Accounting Investigation and Economic Damages (Trial) | 2024 |
| In the Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida | Altex USA Corporation v. Gonzalo Fernandez Del Castillo Quintana and Jasu Juice, LLC<br>CASE NO.: 19-1660 CA (27) | Altex USA Corporation | Michael Schiffrin of St. Denis & Davey PA | Economic Damages (Trial) | 2024 |
| In the Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida | Altex USA Corporation v. Gonzalo Fernandez Del Castillo Quintana and Jasu Juice, LLC<br>CASE NO.: 19-1660 CA (27) | Altex USA Corporation | Michael Schiffrin of St. Denis & Davey PA | Economic Damages (Deposition) | 2024 |
| American Arbitration Association | Alejandro Arguelles and Gatoralex Consulting, LLC v. Adam Marcus Hendry, Tzadik Eagle Bay, LLC, et al.<br>CASE NO. 01-20-0015-4990 | Tzadik Properties, LLC | Dustin B. Hillsley of Akerman, LLP | Economic Damages (Final Hearing) | 2023 |

**Daniel S. Hughes, CPA/CFF/CGMA, CVA**

**Listing of Cases Testified In**
**As An Expert Witness**
**Last Four Years**

| COURT | CASE NAME / NUMBER | REPRESENTED | LAWYERS / LAW FIRM | AREA OF TESTIMONY | YEAR |
|---|---|---|---|---|---|
| In the Circuit Court of the 11th Judicial Circuit in and For Miami-Dade County, Florida | Centro Hispano Child Development Center, et al. v. Waste Connections US, Inc. d/b/a Waste Connections of Florida, Inc. f/k/a Progressive Waste Solutions of Florida, Inc.<br>Case No. 19-10953 CA 22 | Waste Connections US, Inc. d/b/a Waste Connections of Florida, Inc. f/k/a Progressive Waste Solutions of Florida, Inc. | Joseph H. Serota of Weiss Serota Helfman Cole & Bierman, P.L. | Economic Damages (Deposition) | 2023 |
| American Arbitration Association | Alejandro Arguelles and Gatoralex Consulting, LLC v. Adam Marcus Hendry, Tzadik Eagle Bay, LLC, et al.<br>CASE NO. 01-20-0015-4990 | Tzadik Properties, LLC | Dustin B. Hillsley of Akerman, LLP | Economic Damages (Deposition) | 2022 |
| United States District Court for the Southern District of Florida | IN RE: University of Miami COVID-19 Tuition and Fee Refund Litigation<br>CASE NO. 20-60851-CV-SINGHAL<br>CASE NO. 20-22207-CIV-SINGHAL<br>CASE NO. 20-22316-CIV-SINGHAL<br>CASE NO. 20-22594-CIV-SINGHAL | University of Miami | Eric Isicoff of Isicoff Ragatz | Economic Damages (Trial) | 2022 |
| In the Circuit Court of the 17th Judicial Circuit, In and For Broward County, Florida Complex Business Division | Bergeron Environmental and Recycling, LLC v. LGL Recycling, LLC f/k/a Sun Recycling, LLC, Waste Management Inc. of Florida, Anthony Lomangino, Charles Gusamno, Charles Lomangino and John C. Casagrande<br>CASE NO. 16-000158 (07) | Bergeron Environmental and Recycling, LLC | Mitchell Berger of Berger Singerman, LLC | Economic Damages (Trial) | 2022 |
| In the Circuit Court of the 17th Judicial Circuit, In and For Broward County, Florida Complex Business Division | Bergeron Environmental and Recycling, LLC v. LGL Recycling, LLC f/k/a Sun Recycling, LLC, Waste Management Inc. of Florida, Anthony Lomangino, Charles Gusamno, Charles Lomangino and John C. Casagrande<br>CASE NO. 16-000158 (07) | Bergeron Environmental and Recycling, LLC | Mitchell Berger of Berger Singerman, LLC | Economic Damages (Deposition) | 2021 |

**Daniel S. Hughes, CPA/CFF/CGMA, CVA**

**Listing of Cases Testified In**
**As An Expert Witness**
**Last Four Years**

| COURT | | CASE NAME / NUMBER | | REPRESENTED | | LAWYERS / LAW FIRM | | AREA OF TESTIMONY | | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|
| In the Circuit Court of the 13th Judicial Circuit In and for Hillsborough County, Florida Civil Division | | Secret Kisses, LLC v. Andraya M. Howard a/ka Draya Howard a/ka Draya Michele CASE NO. 14-CA-01879 Division B | | Secret Kisses, LLC | | Nathan A. Carney of Carney Law Firm, P.A. Richard Wolfe of Wolfe Law | | Economic Damages (Trial) | | 2021 |
| In the Circuit Court of the 13th Judicial Circuit In and for Hillsborough County, Florida Civil Division | | Secret Kisses, LLC v. Andraya M. Howard a/ka Draya Howard a/ka Draya Michele CASE NO. 14-CA-01879 Division B | | Secret Kisses, LLC | | Nathan A. Carney of Carney Law Firm, P.A. Richard Wolfe of Wolfe Law | | Economic Damages (Deposition) | | 2021 |