METHE & ROTHELL, P.A.
ATTORNEYS AT LAW
1555 Palm Beach Lakes Blvd.
Suite 301
West Palm Beach, Florida 33401

Daniel C. Methe
Kristi Bergemann Rothell

Erica Caplan
Ashley Ruiz
Sarah M. Castro
Arianna Galvez Lopez

Telephone (561) 727-3600
Fax (561) 727-3601

Rand Ackerman
Of Counsel

October 20, 2022

Michael C. Knecht, Esq.
Knecht Law Group
Law Center at Park Plaza
658 W. Indiantown Rd., Suite 211
Jupiter, FL 33458

RE: *Thomas Barbato and Yvonne Barbato v. State Farm Florida Insurance Company*
Case Number: 2019-026882-CA-01 (Miami-Dade Circuit Court)

Dear Mr. Knecht:

As you are aware, a signed, itemized appraisal award was entered regarding this claim and case. Both your clients' appraiser and the umpire signed the appraisal award. The award set the total amount of your clients' Coverage A/Dwelling damages at $136,945.38 (RCV)/$131,760.88 (ACV).

I have enclosed the following draft in satisfaction of the appraisal award: Draft [1 19 722941 J] in the amount of $125,456.02 made payable to: Thomas Louis Barbato; Yvonne Barbato; JPMorgan Chase Bank NA ISAOA. The total amount paid reflects adjustment for the deductible ($4,408), recoverable depreciation ($5,184.50), and prior payment ($1,896.86).

There are up to $5,184.50 in recoverable depreciation benefits remaining. The policy requires an insured to make actual repairs to the property to receive these benefits. Therefore, to receive these benefits, your clients must complete the actual repairs or replacement of the damaged part of the property and confirm completion of these repairs by submitting invoices, receipts, or other documentation to State Farm as soon as possible after completion. Without waiving the above requirements, State Farm will consider paying these benefits prior to the actual repair or replacement if State Farm determines repair or replacement costs will be incurred because repairs are substantially underway, or your clients present a signed contract acceptable to State Farm. As such, please advise regarding

whether your clients have any documentation that will permit State Farm to consider payment of these benefits at this time.

The binding appraisal award sets the amount of the covered loss so that there is no basis to continue litigation. State Farm concedes your clients' entitlement to the recovery of reasonable attorney's fees and taxable costs. Therefore, please provide a demand to close out this claim and case at your earliest convenience.

Please do not hesitate to contact me with any questions regarding this matter.

Very truly yours,

*Kristi Bergemann Rothell*

Kristi Bergemann Rothell, Esq.

Enc: Appraisal Award Payment Draft
Appraisal Award
Summary of Loss

# Appraisal Of Insurance Claim – Award Form

| | | |
|---|---|---|
| Insured: | Thomas Barbato | |
| Policy #: | 79-LU-8455-3 | |
| Claim #: | 59-4418-D53 | |
| Date of Loss: | 05/31/2018 | |
| Risk Location: | 8025 SW 142 Terrace | Palmetto Bay, FL 33158-1544 |

**TO THE ABOVE NAMED PARTIES AT INTEREST:**

We, the undersigned appraisers, have investigated and considered all the material facts and available information pertaining to this claim, and have decided on the appraisal award as described below.

| Coverage | RC Amount Of Loss | ACV Amount Of Loss |
|---|---|---|
| A – Building | $136,945.38 | $131,760.88 |

NOTE: The attached estimate and prior payments become integral parts of the Award.

This Appraisal Award shall be valid and binding upon all parties concerned if at least two of the three parties concur in a decision, as evidenced by their signatures below. The deliberations of the Appraisal Panel are confidential and exempt from disclosures through depositions, suit or any other means, in the event that an award is challenged, or a bad faith claim is pursued. Furthermore, to the maximum extent permitted by law, no party will assert any claims against the named appraisers or named umpire or their respective firms, seeking to hold them or their firms liable for any act or omission in the performance of their duties as an Appraiser or Umpire.

This award is made without consideration of other terms, conditions, provisions or exclusions of the above policy, which might affect coverage or the amount of the Insurer's Liability there under. Any previous advance payments and/or deductible should be subtracted from the Appraisal Award amount. The attached estimate and prior payments become integral parts of the Award. The estimated amount does not include any consideration for emergency services completed, if any. All executed copies shall be considered as counterpart originals.

All executed copies shall be considered as counterpart originals.

**WE AGREE TO THE ABOVE:**

James C. Murphy

Appraiser For The Insured James C Murphy — 08/31/2022 Date

Appraiser For The Insurer Bob Davis — Date

Umpire Jesus Rodriguez — 9/1/22 Date

StateFarm

# Summary of Loss

**Named Insured:** Barbato **Claim Number:** 59-4418-D53

## Coverage A - Dwelling

**Limit of Liability: $** 476,505

| Description: | Repl Cost$: | Rec Dep$: | Non-Rec Dep$: | Amt Over Limit$: | Subtotal$: |
|---|---|---|---|---|---|
| Appraisal Award | $ 136,945.38 | $ 5,184.50 | $ 0.00 | $ 0.00 | $ 131,760.88 |
| **Total(s):** | **$ 136,945.38** | **$ 5,184.50** | **$ 0.00** | **$ 0.00** | **$ 131,760.88** |

**Comments:**

## Payments Made

| Date: | Description: | Amount: |
|---|---|---|
| 7/18/2018 | Previous Coverage A payment | $ 1,896.86 |
| **Total(s):** | | **$ 1,896.86** |

**Comments / Supplements**

| | |
|---|---|
| Subtotal:$ | 131,760.88 |
| Less Deductible:$ | 4,408.00 |
| Total Payable:$ | 127,352.88 |
| Less Total Payments Made:$ | 1,896.86 |
| Net Payment:$ | 125,456.02 |

Legend

- Repl Cost = Replacement Cost
- Rec Dep = Recoverable Depreciation
- Non Rec Dep = Non-Recoverable Depreciation
- Amt Over Limits = Amount Over Limits
- Limit of Liab = Limit of Liability

Jon Jacobsen (C8G1) 9/6/2022

*Signature* *Date*

** Your policy may provide for additional payments on a replacement cost basis for the Recoverable Depreciation listed above for Cov. A and Cov. B. for your Building and Personal Property. Please refer to your policy and any endorsements for specific time limits and additional settlement provisions. Please contact your claim handler if you have any questions.*